**Almia J. McCRIEF, Plaintiff–Appellant,**

v.

**WACHOVIA BANK, a/k/a Wells Fargo Bank; Bank of America, Defendants–Appellees.**

No. 12–1986.

United States Court of Appeals, Fourth Circuit.

Submitted: Dec. 20, 2012.

Decided: Dec. 26, 2012.

Almia J. McCrief, Appellant Pro Se. Trudy Hartzog Robertson, Moore & Van Allen, PLLC, Charleston, South Carolina; R. Michael Ethridge, John T. Floyd, Carlock, Copeland, Semler & Stair, LLP, Charleston, South Carolina, for Appellees.

Before KING and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Almia J. McCrief seeks to appeal the district court's orders denying his motions seeking recusal of the district court and magistrate judges and to remand his case to state court. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2006), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2006); Fed.R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545–46, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The orders McCrief seeks to appeal are neither final orders nor appealable interlocutory or collateral orders. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED.*